IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | | |
|---|---|---|
| LaRisha C. Bryan, | ) | Civil Action No. 1:13-00202-CMC-SVH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Carolyn W. Colvin,[1] | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant, the Commissioner of Social Security, with consent of Plaintiff, has moved this Court, pursuant to sentence six of 42 U.S.C. §405(g), to remand this case for further administrative proceedings.

Upon remand, the Appeals Council will direct the Administrative Law Judge ("ALJ") to further address the additional medical evidence; recontact Plaintiff's treating physicians; reassess Plaintiff's obesity and its impact on her conditions; order a consultative mental examination to assess Plaintiff's depression; and afford a new hearing, where the ALJ will seek testimony from a vocational expert regarding all appropriate limitations.

Pursuant to the power of this Court to enter a remand to the Commissioner of Social Security under sentence six of 42 U.S.C. §405(g), this matter is **REMANDED** for further proceedings under

---

[1] Carolyn W. Colvin is substituted as the Defendant in this action because she became the Acting Commissioner of Social Security on February 14, 2013. As provided in the Social Security Act, "[a]ny action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of Commissioner of Social Security or any vacancy in such office." 42 U.S.C. § 405(g). For ease, the court refers to the Acting Commissioner as the Commissioner.

sentence six of 42 U.S.C. §405(g).  *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).   No judgment shall be entered in this matter at this time.

**IT IS SO ORDERED.**

                                            S/ Cameron McGowan Currie
                                            CAMERON MCGOWAN CURRIE
                                            UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
July 2, 2013