# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| LaRisha C. Bryan,             ) | C/A No. 1:13-0202-CMC |
| )  | |
|     Plaintiff,             ) | |
| ) | |
| v.             ) | |
| ) | **ORDER** |
| Nancy A. Berryhill,             ) | |
| Acting Commissioner of Social Security  ) | |
| Administration,             ) | |
| ) | |
|     Defendant.             ) | |
| _____) | |

This matter is before the court on Defendant's motion for entry of Judgment after Sentence Six Remand. ECF No. 14. Upon consideration of the motion explaining the Administrative Law Judge issued a fully favorable Social Security Administration decision for Plaintiff, it is hereby ordered that Judgment for Plaintiff be entered pursuant to Fed. R. Civ. P. 58(b).

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie<br>
CAMERON MCGOWAN CURRIE<br>
Senior United States District Judge

Columbia, South Carolina
March 9, 2017